UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Consent to Electronic Service**

2022 MAY 23 PM 1:45

IN RE ANDREW U. D. STRAW

10th Circuit Case No. **22-4043**

D.UT: 2:22-cv-23-RJS

I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

ANDREW U. D. STRAW
Name

andrew@andrewstraw.com
Email address (type or print clearly)

*[signature]*    s/ Andrew U. D. Straw
Signature

**CERTIFICATE OF SERVICE**

I hereby certify that on ___MAY 18, 2022___ I sent a copy of
[date]
the Consent to Electronic Service to: ___CLERK, 10th Circuit U.S. Court of Appeals___
at ___1823 Stout Street, Denver, CO 80257___
_____, the last known address/email address, by ___U.S. Mail___.
[state method of service]
I also serve the Attorney General of Utah via email at uag@agutah.gov on this date.

May 18, 2022          *[signature]*    s/ Andrew U. D. Straw
Date                                       Signature

Andrew Straw
700 12TH ST NW, STE 700
PMB 92403
Washington, DC 20005

Sent using
**Docsmit**
www.docsmit.com

First Class
Accepted:
5/18/22, 7:30 PM (EDT-04:00)

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2022 MAY 23  PM 1:45

3**************AUTO**MIXED AADC 480

Clerk of Court
Tenth Circuit U.S. Court of Appeals
1823 Stout Street
Denver, CO 80257-0001

**Document Information:**
1 page in the enclosed document
1 single sided sheet of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*