IN THE
# United States Court of Appeals
# for the Tenth Circuit

1823 Stout Street
Denver, CO 80257
303-844-3157

| | |
|---|---|
| IN RE ANDREW U. D. STRAW, ) | USCA10 Case#: 22-4043 |
| *Petitioner, Pro Se,* ) | |
| ) | Tr. Case No.: 2:22-cv-00023 |
| ) | |
| ) | Hon. Robert J. Shelby |
| ) | Judge Presiding |

## MOTION

I, *petitioner* Andrew U. D. Straw, make this MOTION to allow CM/ECF to be established and used by the *pro se* party:

## FACTS

1. I am an attorney at the U.S. Court of Appeals for the Fourth Circuit and have had CM/ECF access there for years.

2. I have CM/ECF access at the 2nd, 7th, 9th, 11th, Federal, and D.C. Circuits in addition to the 4th Circuit.

3. Other district courts also granted me this access.

4. I will agree to abide by the rules governing CM/ECF and I have made many filings in these other courts using that PACER/CM/ECF system.

WHEREFORE, I move the Court to allow me to register in PACER for a pro se CM/ECF account for the 10th Circuit.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: **19 May 2022**.

Respectfully,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
Amethyst Street, Nuestra Señora Subdivision #1
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com


MAILING ADDRESS (PREFERRED ADDRESS FOR US MAIL)
700 12th ST NW STE 700, PMB 92403
Washington, D.C. 20005

SERVICE BY EMAIL (ENOTICE) PREFERRED

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **MOTION** with the Clerk of Court on **May 19, 2022** via U.S. Mail, First Class and postage pre-paid. I also serve a PDF copy to the Attorney General of Utah at uag@agutah.gov, which is the official service email of the Attorney General.

Respectfully submitted,

s/ ANDREW U. D. STRAW
Amethyst Street, Nuestra Señora Subdivision
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS (PREFERRED FOR US MAIL)
700 12th ST NW STE 700, PMB 92403
Washington, D.C. 20005

SERVICE BY EMAIL (ENOTICE) PREFERRED

Andrew Straw
700 12TH ST NW, STE 700
PMB 92403
Washington, DC 20005

Sent using
**Docsmit**
www.docsmit.com

**First Class**
Accepted:
5/19/22, 4:45 PM (EDT-04:00)

2022 MAY 26 AM 10:33

1***********************SNGLP 480

Clerk of Court
Tenth Circuit U.S. Court of Appeals
1823 Stout Street
Denver, CO 80257-0001

**Document Information:**
- 3 pages in the enclosed document
- 3 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*