IN THE
# United States Court of Appeals
# for the Tenth Circuit

1823 Stout Street
Denver, CO 80257
303-844-3157

| | | |
|---|---|---|
| **IN RE ANDREW U. D. STRAW,** | ) | USCA10 Case#: 22-4043 |
| *Petitioner, Pro Se,* | ) | |
| | ) | Tr. Case No.: 2:22-cv-00023 |
| | ) | |
| | ) | Hon. Robert J. Shelby |
| | ) | Judge Presiding |

## NOTICE

I, *petitioner* Andrew U. D. Straw, make this NOTICE regarding the screening:

## FACTS

1. I have requested with this petition for writ of mandamus that *In Forma Pauperis* be granted below, the screening ended, and that the Court below be required to serve my defendant, the State of Utah.

2. In fact, *In Forma Pauperis* was **GRANTED** below at **Dkt. 6** on **January 10, 2022**. Now that I see this in the record when I overlooked it before, I am even more confused about what is going on.

3. This confuses me because my case has been in a **"SCREENING"** status for over 4 months disallowing me from making any filing, motion, etc. This is contrary to 28 U.S.C. § 452, which guarantees that the Court will be **OPEN** to me rather than closed for months with **me directed not to make filings**.

4. Service was not done even though **28 U.S.C. § 1915(d)** and **FRCP Rule 4(c)(3)** both mandate that when *in forma pauperis* is granted, service must be done when requested. I requested it.

5. I stand by my request for a *writ of mandamus* because as long as my right to service is denied and the Court will not act on any motion or filing from me and directs me not to make more, <u>**it is closed to me**</u> in violation of federal statute, federal court rules, and the U.S. Constitution, Article III, First Amendment, and Fifth Amendment Due Process.

WHEREFORE, I make this NOTICE to draw the Court's attention to my **GRANTED** *in forma pauperis* status below. This is also relevant here because I should now be allowed to proceed *in forma pauperis* for this petition.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **24 May 2022**.

Respectfully,

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW
Amethyst Street, Nuestra Señora Subdivision #1
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS (PREFERRED ADDRESS FOR ANY US MAIL)
700 12th ST NW STE 700, PMB 92403
Washington, D.C. 20005
(CM/ECF E-NOTICE PREFERRED)

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **NOTICE** with the Clerk of Court on **May 24, 2022** via U.S. Mail, First Class and postage pre-paid. I also serve a PDF copy to the Attorney General of Utah at uag@agutah.gov, which is the official service email of the Attorney General.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
Amethyst Street, Nuestra Señora Subdivision
Población II
Bauan, Batangas 4201, The Philippines
Telephone: +63-966-752-1875 / 1-847-807-5237
andrew@andrewstraw.com

MAILING ADDRESS (PREFERRED FOR US MAIL)
700 12th ST NW STE 700, PMB 92403
Washington, D.C. 20005

SERVICE BY EMAIL (ENOTICE) PREFERRED

FILED
2022 JAN 11 AM 8:20
CLERK
U.S. DISTRICT COURT

# United States District Court

District of Utah, Central Division

Andrew U.D. Straw
V.
State of Utah

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: 2:22-cv-00023-CMR

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☐ DENIED, for the following reasons:

ENTER this ___10th___ day of ___January___, 2022

_____
*Signature of Judicial Officer*

Cecilia M. Romero, U.S. Magistrate Judge
*Name and Title of Judicial Officer*



533789-18669-PR:
Andrew Straw
700 12TH ST NW, STE 700
PMB 92403
Washington, DC 20005

**First Class**
Accepted:
5/24/22, 6:46 PM (EDT-04:00)

1*************************SNGLP 480

Clerk of Court
Tenth Circuit U.S. Court of Appeals
1823 Stout Street
Denver, CO 80257-0001

## Document Information:

- 4 pages in the enclosed document
- 4 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*